**SEALED**

LAWRENCE G. BROWN
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

**FILED**

AUG 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:09-MJ-250 DAD

| | |
|---|---|
| IN RE: ) | CR. |
| ) | |
| SEALED ) | SEALING ORDER |
| ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents filed in the above-captioned matter be ordered sealed until further order of this Court.

DATED: August 28, 2009

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1