```
LAWRENCE G. BROWN
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

FILED

SEP - 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS PRICE, <br> WENDY GARDINER, <br> JERRY JONES, and <br> SANAE QUIROZ-JONES <br><br> Defendant. | NO. 2:09-MJ-250 DAD <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On August 28, 2009, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: September 2, 2009

Respectfully submitted,

LAWRENCE G. BROWN
United States Attorney

By: /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: Sep. 2, 2009

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge