```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.  2:09 MJ 250 DAD |
|                              ) | |
|              Plaintiff,      ) | |
|                              ) | |
|       v.                     ) | ORDER TO |
| JERRY JONES, and             ) | CONTINUE PRELIMINARY HEARING |
| Sanae Quiroz-Jones,          ) | |
|                              ) | |
|              Defendants.     ) | |
| _____) | |

   GOOD CAUSE APPEARING, it is hereby ordered that the October 1, 2009 preliminary hearing be continued to November 3, 2009 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to November 3, 2009.

IT IS SO ORDERED.

Dated: September 24, 2009

                                    /s/ Gregory G. Hollows
                                    _____
                                    Gregory G. Hollows
                                    United States Magistrate Judge

jones250.ord

1