LAWRENCE G. BROWN
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERRY JONES, and ) <br> SANAE QUIROZ-JONES, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO.  09-mj-0250 DAD <br><br> STIPULATION AND ORDER <br> CONTINUING PRELIMINARY HEARING <br><br> Date:  November 3, 2009 <br> Time:  2:00 p.m. <br> Judge: Hon. Dale A. Drozd |

     The parties to this action, plaintiff United States of America and defendants Jerry Jones and Sanae Quiroz-Jones, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for November 3, 2009, to November 30, 2009, at 2:00 p.m.

     The parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be

1

1 extended to November 30, 2009, pursuant to the Speedy Trial Act, 18
2 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.
3 John Manning and J. Toney have authorized Assistant U.S. Attorney
4 Todd D. Leras to sign this stipulation on their behalf.

                                    Respectfully submitted,

Dated: November 2, 2009

                                     /s/ Todd D. Leras for
                                    JOHN MANNING
                                    Attorney for Defendant SANAE QUIROZ-
                                    JONES

Dated: November 2, 2009

                                     /s/ Todd D. Leras for
                                    J. TONEY
                                    Attorney for Defendant JERRY JONES


Dated: November 2, 2009
                                     /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant United States Attorney

**ORDER**

   Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to November 30, 2009, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

DATED: November 3, 2009.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jones0250.stipord

2