1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Jerry Jones
6

**FILED**

NOV 30 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

7           IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,      ) Mag. 09-250 DAD
                                  )
10       Plaintiff,               ) STIPULATION AND PROPOSED
                                  ) ORDER CONTINUING PRELIMINARY
11  v.                            ) HEARING
                                  ) (Dec 14, 2009 at 2:00 PM)
12  JERRY JONES, et al            )
         Defendants               )
13  _____)

14

15  This matter is now set for Preliminary Hearing on November 30,
16  2009. Because the parties need more time to complete the plea
17  negotiations, and because the hearing on co-defendant WENDY
18  GARDINER has been continued to December 14, 2009, the parties
19  STIPULATE the present date be vacated and the case continued until
20  December 14, 2009 and request the Court so order. The parties
21  stipulate that time under the Speedy Trial Act should be excluded
22  for Counsel preparation; 18 USC 3161(h)(8)(B)(iv); local code T4.

23

24  Dated November 25, 2009

25                              /s/ TODD LERAS
                                Todd Leras
26                              Assistant U.S. Attorney

27

28                                  1

                  /s/ J TONEY
                  J Toney
                  Attorney for Jerry Jones

                  /s/ JOHN MANNING
                  John Manning
                  Attorney for Sanae Quiroz-Jones

SO ORDERED:

Dated *November 30*, 2009

*[signature: Dale A. Drozd]*

U.S. Magistrate Judge

2