IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:09 MJ 250 DAD |
| Plaintiff, | ) |
| v. | ) ORDER TO |
| | ) CONTINUE PRELIMINARY HEARING |
| WENDY GARDINER, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the December 14, 2009 preliminary hearing be continued to January 14, 2010 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to January 14, 2010.

IT IS SO ORDERED.

Dated:  December 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE