John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09 MJ 250 DAD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) ) | |
| WENDY GARDINER, et al., | ) ) ) | Date:  January 14, 2010 Time:  2:00 p.m. Judge: Hon. Dale A. Drozd |
| Defendants. | ) | |

The parties to this action, defendants Wendy Gardiner, Jerry Jones, and Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for January 14, 2010, to March 18, 2010, at 2:00 p.m.

The parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that

1

the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to March 18, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                    Respectfully submitted,

Dated: January 13, 2010      /s/ John R. Manning  
                                    JOHN R. MANNING  
                                    Attorney for Defendant  
                                    Sanae Quiroz-Jones

Dated:  January 13, 2010      /s/ J Toney  
                                    J TONEY  
                                    Attorney for Defendant  
                                    Jerry Jones

Dated:  January 13, 2010      /s/ Shari Rusk  
                                    SHARI RUSK  
                                    Attorney for Defendant  
                                    Wendy Gardiner


Dated:  January 13, 2010      Lawrence G. Brown  
                                    United States Attorney

                               by:  /s/ Todd D. Leras  
                                    TODD D. LERAS  
                                    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:09 MJ 250 DAD |
|                   Plaintiff, | ) |
|        v. | ) ORDER TO |
| WENDY GARDINER, et al., | ) CONTINUE PRELIMINARY HEARING |
|                   Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the January 14, 2010 preliminary hearing be continued to March 18, 2010 at 2:00 p.m. I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to March 18, 2010.

IT IS SO ORDERED.

DATED: January 13, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1/orders.criminal/gardiner0250.stipord

3