BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918


FILED
MAR 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Mag. 09-0250 DAD
            Plaintiff,             )
                                   )   STIPULATION AND [PROPOSED] *DAD*
            v.                     )   ORDER CONTINUING PRELIMINARY
                                   )   HEARING
WENDY GARDINER, JERRY JONES,       )
and SANAE QUIROZ-JONES,            )
                                   )
            Defendants.            )
_____)

   IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Shari Rusk, Counsel for Defendant Wendy Gardiner, Attorney J. Toney, Counsel for Defendant Jerry Jones, and Attorney John Manning, Counsel for Defendant Sanae Quiroz-Jones, that the preliminary hearing scheduled for March 18, 2010, be continued to April 29, 2010, at 2:00 p.m.

   Defendants and the government have been working toward pre-indictment resolution of this matter.  The government is performing additional investigation designed to assist early resolution discussions.  This investigation has taken longer than

1

expected because part of the acts charged in the criminal complaint in this case originated in the State of Colorado. The government is trying to resolve the outstanding issues from Colorado before finalizing Plea Agreements in this matter. In light of the settlement discussions and the need to conduct the additional investigation, all parties are requesting additional time for attorney preparation.

The government and the defendants agree that the combination of settlement discussions and additional investigation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including April 29, 2010.

Shari Rusk, John Manning and J. Toney agree to this request and have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: March 16, 2010        By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

DATED: March 16 2010         By: /s/ Todd D. Leras for
                                 SHARI RUSK
                                 Attorney for Defendant
                                 WENDY GARDINER

DATED: March 16 2010         By: /s/ Todd D. Leras for
                                 JOHN MANNING
                                 Attorney for Defendant
                                 SANAE QUIROZ-JONES

DATED: March 16 2010         By: /s/ Todd D. Leras for
                                 J. TONEY
                                 Attorney for Defendant
                                 JERRY JONES

1

2  **IT IS HEREBY ORDERED:**

3  1.  The preliminary hearing set for March 18, 2010, is
4  continued to April 29, 2010, at 2:00 p.m.

5  2.  Based on the stipulations and representations of the
6  parties, the Court finds good cause to extend the time for the
7  preliminary hearing, and time is excluded up to and including
8  April 29, 2010, before Magistrate Judge Kendall J. Newman. (18
9  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to
10 prepare)).

11  IT IS SO ORDERED.

14  Date: March /6 , 2010              _____
                                        HONORABLE DALE A. DROZD
15                                      UNITED STATES MAGISTRATE JUDGE