```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```



FILED
JUN - 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09 MJ 250 DAD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) | Date:  June 2, 2010 |
| Wendy Gardiner, et al., | ) | Time:  2:00 p.m. |
|  | ) | Judge: Hon. Dale A. Drozd |
| Defendants. | ) |  |

The parties to this action, defendants Jerry Jones, Wendy Gardiner, and Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for June 2, 2010, to July 20, 2010, at 2:00 p.m.

The parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that

the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to July 20, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: June 1, 2010            /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Sanae Quiroz-Jones

Dated: June 1, 2010            /s/ J Toney
                               J TONEY
                               Attorney for Defendant
                               Jerry Jones

Dated: June 1, 2010            /s/ Shari Rusk
                               SHARI RUSK
                               Attorney for Defendant
                               Wendy Gardiner


Dated: June 1, 2010            Lawrence G. Brown
                               United States Attorney

                           by: /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:09 MJ 250 DAD |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] DAD ORDER TO |
| SANAE QUIROZ-JONES and JERRY JONES, | ) CONTINUE PRELIMINARY HEARING |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the June 2, 2010 preliminary hearing be continued to July 20, 2010 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to July 20, 2010.

IT IS SO ORDERED.

Dated: 6/1/10

_____
Dale A. Drozd
United States Magistrate Judge

3