```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-MJ-00250 DAD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) ) | Date:  September 21, 2010 |
| Wendy Gardiner, et al., | ) ) | Time:  2:00 p.m. Judge: Hon. Kendall J. Newman |
| Defendants. | ) ) ) ) ) ) ) | |

The parties to this action, defendants Jerry Jones, Wendy Gardiner, and Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for July 20, 2010, to September 21, 2010, at 2:00 p.m.

The parties are working toward reaching a pre-indictment resolution of the pending charges and request more time for witness

1

interviews and investigation.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to September 21, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                       Respectfully submitted,

Dated: July 16, 2010           /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Sanae Quiroz-Jones

Dated: July 16, 2010           /s/ J Toney
                                   J TONEY
                                   Attorney for Defendant
                                   Jerry Jones

Dated: July 16, 2010           /s/ Shari Rusk
                                   SHARI RUSK
                                   Attorney for Defendant
                                   Wendy Gardiner


Dated: July 16, 2010           Benjamin B. Wagner
                                   United States Attorney

                                by:  /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:09-MJ-00250 DAD |
| Plaintiff, | ) |
| v.<br>Wendy Gardiner, et al., | ) ORDER TO CONTINUE PRELIMINARY<br>) HEARING |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the July 20, 2010 preliminary hearing be continued to September 21, 2010 at 2:00 p.m. before the Honorable Kendall J. Newman.  I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to September 21, 2010.

IT IS SO ORDERED.

Dated:  July 19, 2010

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3