```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-mj-00250-DAD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | |
| | ) | Date:  October 27, 2010 |
| | ) | Time:  2:00 p.m. |
| Wendy Gardiner, et al., | ) | Judge: Hon. Kimberly J. |
| | ) | Mueller |
| Defendants. | ) | |

The parties to this action, defendants Jerry Jones, Wendy Gardiner, and Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for September 21, 2010, to October 27, 2010, at 2:00 p.m.

The parties are working toward reaching a pre-indictment resolution of the pending charges and request more time for witness

1

interviews and investigation.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to October 27, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: September 20, 2010          /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Sanae Quiroz-Jones

Dated: September 20, 2010          /s/ J Toney
                                   J TONEY
                                   Attorney for Defendant
                                   Jerry Jones

Dated: September 20, 2010          /s/ Shari Rusk
                                   SHARI RUSK
                                   Attorney for Defendant
                                   Wendy Gardiner


Dated: September 20, 2010          Benjamin B. Wagner
                                   United States Attorney

                                by: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:09-mj-00250-DAD |
| Plaintiff, | ) |
| v. | ) ORDER TO |
| | ) CONTINUE PRELIMINARY HEARING |
| WENDY GARDINER, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the preliminary hearing set for September 21, 2010 at 2:00 p.m. before Magistrate Judge Kendall J. Newman be VACATED and RESET for October 27, 2010 at 2:00 p.m. before Magistrate Judge Kimberly J. Mueller. I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to October 27, 2010.

IT IS SO ORDERED.

Dated: September 20, 2010

/s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge

3