IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br>Wendy Gardiner and<br>Sanae Quiroz-Jones,<br><br>              Defendants. | Case No. 2:09 MJ 250 DAD<br><br><br><br>ORDER TO<br>CONTINUE PRELIMINARY HEARING |

GOOD CAUSE APPEARING, it is hereby ordered that the January 5, 2011 preliminary hearing be continued to February 9, 2011 at 2:00 p.m. as to defendant Gardiner and Quiroz-Jones only.  I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to February 9, 2011.

IT IS SO ORDERED.

Dated: January 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3