1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Sanae Quiroz-Jones

6

7

8

9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )
                                     )
13                 Plaintiff,        )
                                     ) CASE NO. 2:09 MJ 250 DAD
14  v.                               )
                                     )
15                                   )
    Wendy Gardiner et al.,           ) STIPULATION AND PROPOSED ORDER
16                                   ) CONTINUING PRELIMINARY HEARING
                   Defendants.       )
17                                   )
                                     )
18                                   )
                                     )
19
   _____
20
        The parties to this action, defendants, Wendy Gardiner, Jerry
21
   Jones, and Sanae Quiroz-Jones and plaintiff, United States of
22
   America, hereby stipulate through their respective attorneys to
23
   continue the preliminary hearing scheduled for February 9, 2011, to
24
   March 9, 2011, at 2:00 p.m.
25
        The parties are working toward reaching a pre-indictment
26
   resolution of the pending charges and request more time for the
27
   defense to review anticipated plea agreements with their perspective
28

                                     1

1 clients.  The parties further agree that the above reason constitutes
2 good cause to extend the time for preliminary hearing under Federal
3 Rule of Criminal Procedure 5.1, and that the time within which the
4 indictment must be filed should be extended to March 9, 2011,
5 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and
6 (B)(iv), for the reasons stated above.

7
                                        Respectfully submitted,
8
  Dated: February 8, 2011                /s/ John R. Manning
9                                      JOHN R. MANNING
                                     Attorney for Defendant
10                                     Sanae Quiroz-Jones

11 Dated: February 8, 2011                /s/ Shari Rusk
                                    SHARI RUSK
12                                    Attorney for Defendant
                                   Wendy Gardiner
13

14 Dated: February 8, 2011                /s/ J Toney
                                    J TONEY
15                                    Attorney for Defendant
                                   Jerry Jones
16

17
  Dated: February 8, 2011                Benjamin B. Wagner
18                                    United States Attorney

19
                               by:  /s/ Todd D. Leras
20                                    TODD D. LERAS
                                   Assistant U.S. Attorney
21

22     GOOD CAUSE APPEARING, it is hereby ordered that the
23 February 9, 2011 preliminary hearing be continued to March 9, 2011 at
24 2:00 p.m.  I find that the ends of justice warrant an exclusion of
25 time pursuant to the reason stated in the stipulation of the parties.
26 THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to
27 \\\\\
28 \\\\\

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to March 9, 2011.

IT IS SO ORDERED.

Dated: February 14, 2011          /s/ Gregory G. Hollows
                                  ─────────────────────────────
                                  Gregory G. Hollows
                                  United States Magistrate Judge