John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:09 MJ 250 DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO |
| Wendy Gardiner and Sanae Quiroz-Jones, | ) CONTINUE PRELIMINARY HEARING |
| Defendants. | ) |

    GOOD CAUSE APPEARING, it is hereby ordered that the March 9, 2011 preliminary hearing for defendants Gardiner and Quiroz-Jones only, be continued to April 6, 2011 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to April 6, 2011.

IT IS SO ORDERED.

Dated: March 8, 2011.        EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE