```
                                            FILED
                                            APR - 1 2011
                                            CLERK, U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF CALIFORNIA
                                            BY _____
                                                    DEPUTY CLERK
```

1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Sanae Quiroz-Jones

6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )
                                    )
13               Plaintiff,         )
                                    )   CASE NO. 2:09 MJ 250 DAD
14  v.                              )
                                    )
15                                  )
    Wendy Gardiner and              )   STIPULATION AND ~~PROPOSED~~ ORDER
16  Sanae Quiroz-Jones,             )   CONTINUING PRELIMINARY HEARING
                                    )
17               Defendants.        )
                                    )
18                                  )
                                    )
19

20
_____
21     The parties to this action, defendants, Wendy Gardiner, and

22  Sanae Quiroz-Jones and plaintiff, United States of America, hereby

23  stipulate through their respective attorneys to continue the

24  preliminary hearing scheduled for April 6, 2011, to May 4, 2011, at

25  2:00 p.m.

26     The parties are working toward reaching a pre-indictment

27  resolution of the pending charges and request more time for the

28  defense to review anticipated plea agreements with their perspective

                                    1

clients. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to May 4, 2011, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: April 1, 2011           /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Sanae Quiroz-Jones

Dated: April 1, 2011           /s/ Shari Rusk
                               SHARI RUSK
                               Attorney for Defendant
                               Wendy Gardiner


Dated: April 1, 2011           Benjamin B. Wagner
                               United States Attorney

                               by:  /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant U.S. Attorney

```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Wendy Gardiner and<br>Sanae Quiroz-Jones,<br><br>　　　　　Defendants. | Case No.  2:09 MJ 250 DAD<br><br>[~~PROPOSED~~] ORDER TO<br>CONTINUE PRELIMINARY HEARING |

　　　GOOD CAUSE APPEARING, it is hereby ordered that the April 6, 2011 preliminary hearing for defendants Gardiner and Quiroz-Jones, be continued to May 4, 2011 at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.  I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to May 4, 2011.

IT IS SO ORDERED.

Dated: 4/1/11

_____
Dale A. Drozd
United States Magistrate Judge

3