1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Sanae Quiroz-Jones

6
                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        ) Case No.  2:09 MJ 250 DAD
10                                   )
                    Plaintiff,       )
11                                   )
        v.                           ) ORDER TO
12 Wendy Gardiner and               ) CONTINUE PRELIMINARY HEARING
   Sanae Quiroz-Jones,              )
13                                   )
                                     )
14                  Defendants.      )
   _____

15

16      GOOD CAUSE APPEARING, it is hereby ordered that the

17 May 4, 2011 preliminary hearing for defendants Gardiner and Quiroz-

18 Jones, be continued to June 8, 2011 at 2:00 p.m.  I find that the ends

19 of justice warrant an exclusion of time pursuant to the reason stated

20 in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED

21 that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. §

22 3161(h)(7)(A) and (B)(iv) from the date of this order to June 8, 2011.

23 IT IS SO ORDERED.

24 Dated:  May 3, 2011.

25                         EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE

26

27

28