```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) | CASE NO. 2:09 MJ 250 DAD |
| v. ) | |
| ) | |
| Wendy Gardiner and ) | STIPULATION AND ORDER |
| Sanae Quiroz-Jones, ) | CONTINUING PRELIMINARY HEARING |
| ) Defendants. ) | |

The parties to this action, defendants, Wendy Gardiner, and Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for June 8, 2011, to July 20, 2011, at 2:00 p.m.

The parties are working toward reaching a pre-indictment resolution of the pending charges and request more time for the defense to review anticipated plea agreements with their perspective

1

1 clients.  The parties further agree that the above reason constitutes
2 good cause to extend the time for preliminary hearing under Federal
3 Rule of Criminal Procedure 5.1, and that the time within which the
4 indictment must be filed should be extended to July 20, 2011,
5 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and
6 (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: June 6, 2011              /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Sanae Quiroz-Jones

Dated: June 6, 2011              /s/ Shari Rusk
                                 SHARI RUSK
                                 Attorney for Defendant
                                 Wendy Gardiner


Dated: June 6, 2011              Benjamin B. Wagner
                                 United States Attorney

                            by:  /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones
 6
                   IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,       ) Case No.  2:09 MJ 250 DAD
10                                  )
                Plaintiff,          )
11                                  )
         v.                         ) ORDER TO
12  Wendy Gardiner and              ) CONTINUE PRELIMINARY HEARING
    Sanae Quiroz-Jones,             )
13                                  )
                                    )
14              Defendants.         )
    _____
15

16       GOOD CAUSE APPEARING, it is hereby ordered that the

17  June 8, 2011 preliminary hearing for defendants Gardiner and Quiroz-

18  Jones, be continued to July 20, 2011 at 2:00 p.m.  I find that the

19  ends of justice warrant an exclusion of time pursuant to the reason

20  stated in the stipulation of the parties.  THEREFORE IT IS FURTHER

21  ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C.

22  § 3161(h)(7)(A) and (B)(iv) from the date of this order to July 20,

23  2011.

24  IT IS SO ORDERED.

25  Dated:  June 7, 2011

26
                                    _____
27                                  KENDALL J. NEWMAN
28                                  UNITED STATES MAGISTRATE JUDGE
```