```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) | CASE NO. 2:09 MJ 250 DAD |
| v. ) | |
| ) | |
| Wendy Gardiner and ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| Sanae Quiroz-Jones, ) | CONTINUING PRELIMINARY HEARING |
| ) Defendants. ) | |
| ) | |

　　The parties to this action, defendants, Wendy Gardiner, and Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for July 20, 2011, to September 23, 2011, at 2:00 p.m.

　　The parties are working toward reaching a pre-indictment resolution of the pending charges and request more time for the defense to review anticipated plea agreements with their perspective clients.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal

Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to September 23, 2011, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: July 19, 2011        /s/ John R. Manning
                            JOHN R. MANNING
                            Attorney for Defendant
                            Sanae Quiroz-Jones

Dated: July 19, 2011        /s/ Shari Rusk
                            SHARI RUSK
                            Attorney for Defendant
                            Wendy Gardiner

Dated: July 19, 2011        Benjamin B. Wagner
                            United States Attorney

                        by: /s/ Todd D. Leras
                            TODD D. LERAS
                            Assistant U.S. Attorney

John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204

1  Sacramento, CA  95814
   Telephone:  (916) 444-3994
2
   Attorney for Defendant
3  Sanae Quiroz-Jones

4
                    IN THE UNITED STATES DISTRICT COURT
5
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
6

7
   UNITED STATES OF AMERICA,      ) Case No.  2:09 MJ 250 DAD
8                                 )
                Plaintiff,        )
9                                 )
         v.                       ) ORDER TO
10 Wendy Gardiner and             ) CONTINUE PRELIMINARY HEARING
   Sanae Quiroz-Jones,            )
11                                )
                                  )
12              Defendants.       )
   _____)
13

14      GOOD CAUSE APPEARING, it is hereby ordered that the

15 July 20, 2011 preliminary hearing for defendants Gardiner and Quiroz-

16 Jones, be continued to September 23, 2011 at 2:00 p.m.  I find that

17 the ends of justice warrant an exclusion of time pursuant to the

18 reason stated in the stipulation of the parties.  THEREFORE IT IS

19 FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18

20 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to

21 September 23, 2011.

22      IT IS SO ORDERED.

23 Dated:July 25, 2011

24
                                  /s/ Gregory G. Hollows
25                               UNITED STATES MAGISTRATE JUDGE

26

27

28

                                   3