```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )   CASE NO. 2:09 MJ 250 DAD<br>    v.                             )<br>                                   )<br>                                   )<br>                                   )   STIPULATION AND ~~PROPOSED~~ ORDER<br>Sanae Quiroz-Jones,                )   CONTINUING PRELIMINARY HEARING<br>                                   )<br>            Defendant.             )<br>                                   )<br>                                   )<br>                                   ) | |

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for September 23, 2011, to October 12, 2011, at 2:00 p.m.

The parties are working toward reaching a pre-indictment resolution of the pending charges. The government has provided a Plea Agreement to defense counsel. Ms. Jones lives out of the area and suffers from significant health problems (liver disease,

1

diabetes, fibromyalgia, and a myriad of other medical problems). Ms. Jones is unable to drive and must rely on others for transportation.

Defense counsel has attempted to discuss the settlement proposal with Ms. Jones over the phone. However, given Ms. Jones significant health issues and the effect of the medically necessary prescription medication Ms. Jones must take, counsel for the Defense believes a phone conference is an inadequate and ineffective means of communicating with the Defendant. Counsel for the Defense needs additional time to arrange for a face to face meeting with Ms. Jones in order to effectively communicate the terms of the proposed settlement, its' consequences and to answer Ms. Jones' questions and advise her on how to proceed.

The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to October 12, 2011, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: September 21, 2011       /s/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Sanae Quiroz-Jones


Dated: September 21, 2011       Benjamin B. Wagner
                                United States Attorney

                            by: /s/ Todd D. Leras
                                TODD D. LERAS
                                Assistant U.S. Attorney

```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:09 MJ 250 DAD |
| Plaintiff, | |
| v. | ORDER TO CONTINUE PRELIMINARY HEARING |
| Sanae Quiroz-Jones, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the September 23, 2011 preliminary hearing for defendant Quiroz-Jones, be continued to October 12, 2011 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time pursuant to the reason stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to October 12, 2011.

**No further extensions are authorized**.

IT IS SO ORDERED.

Dated: September 26, 2011

                                    /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE