John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:09 MJ 250 DAD |
| v. | ) | |
| | ) | |
| | ) | STIPULATION AND ORDER |
| Sanae Quiroz-Jones, | ) | CONTINUING PRELIMINARY HEARING |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for December 6, 2011, to January 11, 2012, at 2:00 p.m.  The parties are working toward reaching a pre-indictment resolution of the pending charges and the government has provided a Plea Agreement to defense counsel.

1

1   On July 27, 2011, the Parties met in front of the Honorable
2  Gregory G. Hollows.  Judge Hollows expressed concern over the lengthy
3  pendency and status of this matter.  The Parties provided Judge
4  Hollows with the facts and circumstances contributing to the lengthy
5  pendency.  The Parties also articulated the need and justification
6  for an additional continuance.  Judge Hollows agreed to continue the
7  matter to September 23, 2011.

8   On, or about, September 23, 2011, on behalf of Ms. Jones,(and
9  with the consent of the United States) Defense Counsel filed a
10 Stipulation requesting the Court date be moved from September 23,
11 2011 to October 12, 2011. The request was due to the fact that Ms.
12 Jones lives out of the area and suffers from significant health
13 problems (liver disease, diabetes, fibromyalgia, and a myriad of
14 other medical problems).  Ms. Jones is unable to drive and must rely
15 on others for transportation. Defense counsel attempted to discuss
16 the settlement proposal with Ms. Jones over the phone.  However,
17 given Ms. Jones significant health issues and the effect of the
18 medically necessary prescription medication Ms. Jones must take,
19 Counsel for the Defense believes a phone conference is an inadequate
20 and ineffective means of communicating with the Defendant.  The Court
21 (again, Hon. Gregory G. Hollows) graciously agreed to continue the
22 matter to October 12, 2011.

23   Sadly, on October 3, 2011, Counsel for the Defense learned Ms.
24 Jones had fallen a few days earlier and struck her head, causing a
25 laceration to her face requiring stitches. Ms. Jones also broke her
26 arm as a result of the fall.  As a result, the Defense requested and
27 the Government and Court agreed, to continue the matter to December
28 6, 2011.

Counsel for the Defense has meet with Ms. Jones and she is improving. It appears Ms. Jones may have been mis-diagnosed initially, which led to serious complications; most notably cognitive and balance issues. She is presently benefitting from the proper medication and improving both physically and mentally. In addition to the myriad of previously mentioned health issues, Ms. Jones has now been diagnosed, correctly (unfortunately), with hepatic encephalopathy (likely related to her late stage liver disease).

Counsel for the Defense has provided a significant volume of medical records to the Government and anticipates providing further, similar, information imminently. The Government needs time to review the records thus far provided, as well as the forthcoming records. It is anticipated the information provided by the Defense will be relevant, if not instrumental, in resolving this matter.

The parties agree the above reason(s) constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to January 11, 2012, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: December 5, 2011

Respectfully submitted,

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Sanae Quiroz-Jones

///
///

```
Dated: December 5, 2011          Benjamin B. Wagner
                                 United States Attorney


                                 by:  /s/ Todd D. Leras
                                      TODD D. LERAS
                                      Assistant U.S. Attorney
```

```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Sanae Quiroz-Jones,<br><br>　　　　　Defendant.<br>_____ | ) Case No.  2:09 MJ 250 DAD<br>)<br>)<br>)<br>) ORDER TO<br>) CONTINUE PRELIMINARY HEARING<br>)<br>)<br>)<br>) |

　　　GOOD CAUSE APPEARING, it is hereby ordered that the December 6, 2011 preliminary hearing for defendant Quiroz-Jones, be continued to January 11, 2012 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to **January 11, 2012**.

IT IS SO ORDERED.

Dated:  December 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE