1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Sanae Quiroz-Jones

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        ) Case No.  2:09 MJ 250 DAD
10                                  )
                 Plaintiff,         )
11                                  )
         v.                         ) ORDER TO
12                                  ) CONTINUE PRELIMINARY HEARING
   Sanae Quiroz-Jones,              )
13                                  )
                                    )
14               Defendant.         )
   _____
15

16     GOOD CAUSE APPEARING, it is hereby ordered that the

17 January 11, 2012 preliminary hearing for defendant Quiroz-Jones, be

18 continued to February 8, 2012 at 2:00 p.m.  I find that the ends of

19 justice warrant an exclusion of time and outweigh the interest of the

20 public and defendant in a speedy trial based on the grounds stated in

21 the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that

22 time be excluded pursuant to Speedy Trial Act, 18 U.S.C. §

23 3161(h)(7)(A) and (B)(iv) from the date of this order to December 11,

24 2012.

25 IT IS SO ORDERED.

26 Dated:  January 9, 2012.            _____
                                       EDMUND F. BRENNAN
27                                     UNITED STATES MAGISTRATE JUDGE

28