John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SANAE QUIROZ-JONES,<br><br>          Defendant. | CASE NO. 2:09 MJ 250 DAD<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING |

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for February 8, 2012, to March 15, 2012, at 2:00 p.m.  The parties are working toward reaching a pre-indictment resolution of the pending charges and the government has provided a Plea Agreement to defense counsel.

1

On July 27, 2011, the Parties met in front of the Honorable Gregory G. Hollows.  Judge Hollows expressed concern over the lengthy pendency and status of this matter.  The Parties provided Judge Hollows with the facts and circumstances contributing to the lengthy pendency.  The Parties also articulated the need and justification for an additional continuance.  Judge Hollows agreed to continue the matter to September 23, 2011.

On, or about, September 23, 2011, on behalf of Ms. Jones,(and with the consent of the United States) Defense Counsel filed a Stipulation requesting the Court date be moved from September 23, 2011 to October 12, 2011. The request was due to the fact that Ms. Jones lives out of the area and suffers from significant health problems (liver disease, diabetes, fibromyalgia, and a myriad of other medical problems).  Ms. Jones is unable to drive and must rely on others for transportation. Defense counsel attempted to discuss the settlement proposal with Ms. Jones over the phone.  However, given Ms. Jones significant health issues and the effect of the medically necessary prescription medication Ms. Jones must take, Counsel for the Defense believes a phone conference is an inadequate and ineffective means of communicating with the Defendant.  The Court (again, Hon. Gregory G. Hollows) graciously agreed to continue the matter to October 12, 2011.

Sadly, on October 3, 2011, Counsel for the Defense learned Ms. Jones had fallen a few days earlier and struck her head, causing a laceration to her face requiring stitches. Ms. Jones also broke her arm as a result of the fall.  As a result, the Defense requested and the Government and Court agreed, to continue the matter to December 6, 2011.

1    Ms. Jones medical voluminous medical records were made
2 available, but an unfortunate accident left the records (several
3 hundred pages) unorganized and impossible to follow.  The matter was
4 continued from January 11, 2012 to February 8, 2012, to allow the
5 defense time to organize the records and provide them to the
6 Government.
7    Ms. Jones on going medical issues have once again forced her to
8 the emergency room.  Last week, Ms. Jones began suffering acute
9 gastro-intestinal symptoms.  Because of the deterioration of her
10 liver (end stage liver failure), Ms. Jones is susceptible to
11 reoccurring ascites (excess fluid in the space between tissues lining
12 the abdomen and the abdominal organs [the peritoneal cavity]).
13 Presently, she is receiving treatment for such.  However, Ms. Jones
14 is in significant pain and the medication (as well as the symptoms
15 associated with ascites) is impairing her already tenuous mental
16 acuity.
17    Counsel for the Defense has provided a significant volume of
18 medical records to the Government. The Government needs time to
19 review the records thus far provided.  It is anticipated the
20 information provided by the Defense will be relevant, if not
21 instrumental, in resolving this matter.
22    The parties agree the above reason(s) constitutes good cause to
23 extend the time for preliminary hearing under Federal Rule of
24 Criminal Procedure 5.1, and that the time within which the indictment
25 must be filed should be extended to January 11, 2012, pursuant to the
26 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
27 reasons stated above.
28

```
                                        Respectfully submitted,

Dated: February 7, 2012                 /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Sanae Quiroz-Jones



Dated: February 7, 2012                 Benjamin B. Wagner
                                        United States Attorney


                                    by: /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney
```

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the February 8, 2012 preliminary hearing for defendant Quiroz-Jones, be continued to March 15, 2012 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to March 15, 2012.

Dated:  February 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE