```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:09 MJ 250 DAD |
| v. | ) | |
| | ) | |
| | ) | STIPULATION AND ORDER |
| Sanae Quiroz-Jones, | ) | CONTINUING PRELIMINARY HEARING |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for May 3, 2012, at 2:00 p.m to June 6, 2012 at 2:00 p.m.  The parties are working toward reaching a pre-indictment resolution of the pending charges and the government has provided a Plea Agreement to defense counsel.

1

1    Ms. Jones health issues are well known the Court and are
2 ongoing. (See previously filed stipulations.)  Unfortunately, Ms.
3 Jones was involved in an incident at her mother's house where she had
4 been living.  Mr. Jones maintains she was pushed to the ground by her
5 brother (who is also residing at their mother's home).  Ms. Jones
6 insisted on contacting law enforcement and, as a result, was ordered
7 to leave the home by her mother.  As a result, Ms. Jones and her son
8 have been homeless for the last several weeks - bouncing from
9 shelter, to hospital, to shelter.  Late last week, Ms. Jones and her
10 son found a temporary reprieve at a neighbors home.  The good news
11 is, they (Ms. Jones and her son) are not living out doors, in a
12 hospital, or at shelter.  The bad news is, Ms. Jones has no means of
13 traveling to Court for her scheduled hearing on May 3, 2012.
14 Counsel for the Defense needs additional time to meet with the client
15 to make sure she comprehends the terms of the plea agreement and its'
16 consequence.  Moreover, Counsel for the Defense needs time to arrange
17 for transportation to and from Court for Ms. Jones as she is unable
18 to drive and has no one available/willing to assist her in getting to
19 Sacramento.  (Because of the effects on her mental acuity her
20 medication(s) have, public transportation is not a realistic option.)

21    The parties agree the above reason(s) constitutes good cause to
22 extend the time for preliminary hearing under Federal Rule of
23 Criminal Procedure 5.1, and that the time within which the indictment
24 must be filed should be extended to June 6, 2012, pursuant to the
25 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
26 reasons stated above.
27 ////
28 ////

2

```
                                   Respectfully submitted,

Dated: May 1, 2012                 /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Sanae Quiroz-Jones


Dated: May 1, 2012                 Benjamin B. Wagner
                                   United States Attorney


                                   by:  /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney
```

John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:09 MJ 250 DAD |
| Plaintiff, | |
| v. | ORDER TO CONTINUE PRELIMINARY HEARING |
| Sanae Quiroz-Jones, | |
| Defendant. | |

   GOOD CAUSE APPEARING, it is hereby ordered that the May 3, 2012 preliminary hearing for defendant Quiroz-Jones, be continued to June 6, 2012 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to June 6, 2012. IT IS SO ORDERED.

Dated: May 2, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

4