

1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Sanae Quiroz-Jones

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,     )
                                 )
13              Plaintiff,       )
                                 )   CASE NO. 2:09 MJ 250 DAD
14 v.                            )
                                 )
15                               )       DaD
                                 )   STIPULATION AND PROPOSED ORDER
16 Sanae Quiroz-Jones,           )   CONTINUING PRELIMINARY HEARING
                                 )
17              Defendant.       )
                                 )
18                               )
                                 )
19

20

21 ─────────────────────────────────────────────

22     The parties to this action, defendant, Sanae Quiroz-Jones and
23 plaintiff, United States of America, hereby stipulate through their
24 respective attorneys to continue the preliminary hearing scheduled
25 for June 6, 2012, at 2:00 p.m to July 31, 2012 at 2:00 p.m.  The
26 parties are working toward reaching a pre-indictment resolution of
27 the pending charges and the government has provided a Plea Agreement
28 to defense counsel.

                                 1

1  Ms. Jones health issues are well known the Court and are
2  ongoing. (See previously filed stipulations.)  However, Counsel for
3  the defense is happy to report Ms. Jones is doing significantly
4  better.  So much so, that Ms. Jones is now being counseled by her
5  M.D. as to the "requirements" (in terms of her, Ms. Jones', emotional
6  and physical health) for placement on the organ donor list (liver).

7  Counsel for Ms. Jones needs time to research any/all potential
8  consequences a Federal criminal conviction may have in terms of
9  placement on the organ donor list.

10 The parties agree the above reason constitutes good cause to
11 extend the time for preliminary hearing under Federal Rule of
12 Criminal Procedure 5.1, and that the time within which the indictment
13 must be filed should be extended to July 31, 2012, pursuant to the
14 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
15 reasons stated above.

Respectfully submitted,

Dated: June 5, 2012         /s/ John R. Manning
                            JOHN R. MANNING
                            Attorney for Defendant
                            Sanae Quiroz-Jones


Dated: June 5, 2012         Benjamin B. Wagner
                            United States Attorney

                            by:  /s/ Todd D. Leras
                            TODD D. LERAS
                            Assistant U.S. Attorney

```
1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:09 MJ 250 DAD |
| Plaintiff, | ) |
| v. | ) [PROPOSED] **DAD** ORDER TO |
| Sanae Quiroz-Jones, | ) CONTINUE PRELIMINARY HEARING |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the June 6, 2012 preliminary hearing for defendant Quiroz-Jones, be continued to July 31, 2012 at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to July 31, 2012.

IT IS SO ORDERED.

Dated: 6/5/12

_____
Hon. Dale A. Drozd
United States Magistrate Judge