```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Sanae Quiroz-Jones,<br><br>　　　　　Defendant.<br>_____ | ) Case No.  2:09 MJ 250 DAD<br>)<br>)<br>) ORDER TO<br>) CONTINUE PRELIMINARY HEARING<br>)<br>)<br>)<br>)<br>) |

　　　GOOD CAUSE APPEARING, it is hereby ordered that the July 31, 2012 preliminary hearing for defendant Quiroz-Jones, be continued to September 12, 2012 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to September 12, 2012.

IT IS SO ORDERED.

Dated:  July 31, 2012.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE