

JAN 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CASE NO. 2:09 MJ 250 DAD
v. )
)
)
) STIPULATION AND PROPOSED ORDER
Sanae Quiroz-Jones, ) CONTINUING PRELIMINARY HEARING
)
Defendant. )
)
)
)

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for January 24, 2013, at 2:00 p.m to February 21, 2013 at 2:00 p.m.

The attorneys for both sides believe they have reached a pre-indictment resolution of the case, but defense counsel needs additional time to consult with Ms. Jones and review the proposal in light of the health issues described in this stipulation. Additional

1

information has been obtained through investigation and the defense is preparing the information and will forward said information to the Government for review. It is believed (or at least, "hoped") the newly acquired information will have an impact on plea negotiations. The defense needs addition time to compile and forward the information to the government; and, the government needs time to consider the information.

Ms. Jones health issues are well known the Court and are ongoing. (See previously filed stipulations.) Ms. Jones continues to recover from a spinal fracture. Because of Ms. Jones diabetes and liver issues, she can only take a very limited amount of "pain killers". Rather, she is attempting to address her pain issues through a pain management clinic (essentially, counseling). Unfortunately, some of the medication prescribed to Ms. Jones (to help mitigate her diabetes and liver issues) dramatically impacts her mental acuity, memory and balance.

An additional side effect is that at least one of the medications causes severe digestive issues (making traveling all but impossible). Moreover, her back injury prevents Ms. Jones from sitting, or traveling by car, for any length of time. Ms. Jones has an appointment with the MD treating her spinal injury in the near future and more information will be available at that time.

As a result of her significant health issues, Ms. Jones is now receiving in-home Nurse assistance several times a week. It is hoped the additional in-home support service(s) can/will stabilize Ms. Jones health. Due to Ms. Jones' ongoing treatment and medication(s), she is not able to assist counsel in considering a proposed resolution of the case at this time. Sadly, as recently as last

1  week, Ms. Jones left a rambling, largely incoherent message, on my
2  voice mail.
3      The parties agree the above reason constitutes good cause to
4  extend the time for preliminary hearing under Federal Rule of
5  Criminal Procedure 5.1, and that the time within which the indictment
6  must be filed should be extended to February 21, 2013, pursuant to
7  the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
8  reasons stated above.

Respectfully submitted,

Dated: January 23, 2013        /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Sanae Quiroz-Jones

Dated: January 23, 2013        Benjamin B. Wagner
                               United States Attorney

                               by: /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant U.S. Attorney

```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>Sanae Quiroz-Jones,<br><br>            Defendant. | Case No.  2:09 MJ 250 DAD<br><br>D&D<br>[~~PROPOSED~~] ORDER TO<br>CONTINUE PRELIMINARY HEARING |

GOOD CAUSE APPEARING, it is hereby ordered that the January 24, 2013 preliminary hearing for defendant Quiroz-Jones, be continued to February 21, 2013 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to January 24, 2013.

IT IS SO ORDERED.

Dated: 1/23/13

_____
Hon. Dale A. Drozd
United States Magistrate Judge