```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) | CASE NO. 2:09 MJ 250 DAD |
| v. ) | |
| ) | |
| ) | STIPULATION AND ORDER |
| Sanae Quiroz-Jones, ) | CONTINUING PRELIMINARY HEARING |
| ) Defendant. ) | |
| ) | |

---

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for February 21, 2013, at 2:00 p.m to March 14, 2013 at 2:00 p.m.

Ms. Quiroz-Jones' health issues are well know to the Court.  The attorneys for both sides have worked to achieve a negotiated resolution in this matter.  Thus far, resolution has remained elusive, though the Parties are continuing to confer.  To that end,

1

1 the Parties are meeting on March 14, 2013. The Parties request this
2 matter be set for the March 14, 2013, at 2:00 to allow for further
3 negotiations between the Parties and to allow Counsel for Ms. Quiroz-
4 Jones necessary time to adequately discuss and review the case
5 status; options and future proceedings with Ms. Jones.
6     The parties agree the above reason constitutes good cause to
7 extend the time for preliminary hearing under Federal Rule of
8 Criminal Procedure 5.1, and that the time within which the indictment
9 must be filed should be extended to March 14, 2013, pursuant to the
10 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
11 reasons stated above.

```
                                    Respectfully submitted,

Dated: February 21, 2013            /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Sanae Quiroz-Jones

Dated: February 21, 2013            Benjamin B. Wagner
                                    United States Attorney

                                    by:  /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney
```

```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones
```

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>Sanae Quiroz-Jones,<br><br>           Defendant. | Case No.  2:09 MJ 250 DAD<br><br>ORDER TO<br>CONTINUE PRELIMINARY HEARING |

GOOD CAUSE APPEARING, it is hereby ordered that the February 21, 2013 preliminary hearing for defendant Quiroz-Jones, be continued to March 14, 2013 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to March 14, 2013.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE