```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:09 MJ 250 DAD |
| v. ) | |
| ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| Sanae Quiroz-Jones, ) | CONTINUING PRELIMINARY HEARING |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for March 14, 2013, at 2:00 p.m to April 25, 2013 at 2:00 p.m.

Ms. Quiroz-Jones' health issues are well know to the Court.  The attorneys for both sides have worked to achieve a negotiated resolution in this matter.  Thus far, resolution has remained elusive, though the Parties are continuing to confer.

1  Counsel for the Parties have conferenced this matter several
2  times since the last stipulation was filed.  Substantial progress has
3  been made in terms of developing a strategy for moving forward.
4  Unfortunately, due to issues relating to the Parties schedule(s), Ms.
5  Jones health and transportation issues, all the Parties were unable
6  to meet.  The Parties have discussed a means of meeting in the
7  future.  To that end, the Parties request this matter be set for
8  April 25, 2013, at 2:00 to allow for further negotiations between the
9  Parties and to allow Counsel for Ms. Quiroz-Jones necessary time to
10 adequately discuss and review the case status; options and future
11 proceedings with Ms. Jones.
12 The parties agree the above reason constitutes good cause to
13 extend the time for preliminary hearing under Federal Rule of
14 Criminal Procedure 5.1, and that the time within which the indictment
15 must be filed should be extended to April 25, 2013, pursuant to the
16 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
17 reasons stated above.

Respectfully submitted,

Dated: March 12, 2013            /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Sanae Quiroz-Jones

Dated: March 12, 2013            Benjamin B. Wagner
                                 United States Attorney

                                 by:  /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>         Plaintiff, )<br>              )<br>     v.       )<br>              )<br> Sanae Quiroz-Jones, )<br>              )<br>              )<br>         Defendant. )<br>_____ | Case No.  2:09 MJ 250 DAD<br><br>[~~PROPOSED~~] ORDER TO<br>CONTINUE PRELIMINARY HEARING |

   GOOD CAUSE APPEARING, it is hereby ordered that the March 14, 2013 preliminary hearing for defendant Quiroz-Jones, be continued to April 25, 2013 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to April 25, 2013.

IT IS SO ORDERED.

Dated: MARCH 12, 2013.                    _/s/ Allison Claire_
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE