John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:09 MJ 250 DAD |
| v. | ) |
| | ) STIPULATION AND ORDER |
| Sanae Quiroz-Jones, | ) CONTINUING PRELIMINARY HEARING |
| Defendant. | ) |

　　　　The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for July 11, 2013, at 2:00 p.m to August 8, 2013 at 2:00 p.m.

　　　　Ms. Quiroz-Jones' health issues are well known to the Court. This matter was last on the calendar April 25, 2013.  At that hearing, the counsel for the Government and Defense counsel informed the Court of the status of the case and of Ms. Quiroz-Jones' health.

1  The Court, understandably, expressed some frustration at the lengthy
2  pendency of this case.
3      The parties, including Ms. Quiroz-Jones met May 9, 2013.  As a
4  result of this meeting, a tentative resolution was reached.  However,
5  attorneys for both sides believe, based on this meeting as well, that
6  input from a medical expert was necessary.  Funding was approved for
7  Dr. Roger Wiere to interview Ms. Quiroz-Jones and provide counsel
8  with his analysis.  Dr. Wiere has interviewed Ms. Quiroz-Jones and
9  published his report and analysis.  Counsel for Ms. Quiroz-Jones
10 needs additional time to review the report with Ms. Quiroz-Jones and
11 discuss the findings therein.  Counsel for both parties need
12 additional time to discuss the proposed resolution in light of Dr.
13 Wiere's findings.  It is anticipated the Parties will submit Dr.
14 Wiere's report to the Court with a request the Court make certain
15 findings based on the submitted material.
16     The parties agree the above reason constitutes good cause to
17 extend the time for preliminary hearing under Federal Rule of
18 Criminal Procedure 5.1, and that the time within which the indictment
19 must be filed should be extended to August 8, 2013, pursuant to the
20 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
21 reasons stated above.

22                                     Respectfully submitted,

23 Dated: July 9, 2013                 /s/ John R. Manning
                                       JOHN R. MANNING
24                                     Attorney for Defendant
                                       Sanae Quiroz-Jones

2

| | | |
|---|---|---|
| 1 | Dated: July 9, 2013 | Benjamin B. Wagner |
| 2 | | United States Attorney |
| 3 | | by: /s/ Todd D. Leras |
| | | TODD D. LERAS |
| 4 | | Assistant U.S. Attorney |
| 5 | John R. Manning | |
| | Attorney at Law | |
| | Ca. St. Bar No. 220874 | |
| 6 | 1111 H Street, Suite 204 | |
| | Sacramento, CA  95814 | |
| 7 | Telephone:  (916) 444-3994 | |
| 8 | Attorney for Defendant | |
| | Sanae Quiroz-Jones | |

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:09 MJ 250 DAD |
| Plaintiff, | ) |
| v. | ) ORDER TO |
| | ) CONTINUE PRELIMINARY HEARING |
| Sanae Quiroz-Jones, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered the July 11, 2013 preliminary hearing for defendant Quiroz-Jones, be continued to August 8, 2013, at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to August 8, 2013.

IT IS SO ORDERED.

Dated:   July 11, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE