John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) | CASE NO. 2:09 MJ 250 DAD |
| v. ) | |
| ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| Sanae Quiroz-Jones, ) | CONTINUING PRELIMINARY HEARING |
| ) Defendant. ) | |
| ) | |
| ) | |

    The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for August 8, 2013, at 2:00 p.m to August 15, 2013 at 2:00 p.m.

    Ms. Quiroz-Jones' health issues are well known to the Court. This matter was last before the court on April 25, 2013.  At that hearing, the counsel for the Government and Defense counsel informed the Court of the status of the case and of Ms. Quiroz-Jones' health.

1  The Court, understandably, expressed some frustration at the lengthy
2  pendency of this case.
3      The parties, including Ms. Quiroz-Jones, met May 9, 2013.  As a
4  result of this meeting, a tentative resolution was reached.  However,
5  attorneys for both sides believe, based on this meeting as well, that
6  input from a medical expert was necessary.  Funding was approved for
7  Dr. Roger Wiere to interview Ms. Quiroz-Jones and provide counsel
8  with his analysis.  Dr. Wiere has interviewed Ms. Quiroz-Jones and
9  published his report and analysis.
10     Unfortunately, in terms of scheduling, Ms. Quiroz-Jones' son is
11 scheduled to participate in his graduation ceremony on August 8, 2013
12 at 1:00 (the same day as the next scheduled court date in this
13 matter).  Counsel for Ms. Quiroz-Jones apologizes for creating a
14 scheduling conflict in this matter.
15     Additionally, counsel for both parties need additional time to
16 draft documents necessary for resolution of this matter. It is the
17 anticipation of the parties this matter will be resolved at the next
18 (proposed) court date.
19     The parties agree the above reason constitutes good cause to
20 extend the time for preliminary hearing under Federal Rule of
21 Criminal Procedure 5.1, and that the time within which the indictment
22 must be filed should be extended to August 15, 2013, pursuant to the
23 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
24 reasons stated above.

                                        Respectfully submitted,

Dated: August 5, 2013                   /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Sanae Quiroz-Jones

1  Dated: August 5, 2013          Benjamin B. Wagner
                                  United States Attorney
2
                                  by:   /s/ Todd D. Leras
3                                 TODD D. LERAS
                                  Assistant U.S. Attorney
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>Sanae Quiroz-Jones,<br><br>            Defendant. | Case No.  2:09 MJ 250 DAD<br><br>[~~PROPOSED~~] ORDER TO<br>CONTINUE PRELIMINARY HEARING |

   GOOD CAUSE APPEARING, it is hereby ordered the August 8, 2013 preliminary hearing for defendant Quiroz-Jones, be continued to August 15, 2013 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to August 15, 2013.

IT IS SO ORDERED.

Dated: August 5, 2013                      _/s/ Allison Claire_____
                                            Hon. Allison Claire
                                            United States Magistrate