

FILED

AUG 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. S-09-MJ-250 DAD |
|---|---|---|
| Plaintiff, | ) | DAD |
| v. | ) | [~~PROPOSED~~] ORDER FOLLOWING HEARING PURSUANT TO 18 U.S.C. § 4241 |
| SANAE QUIROZ-JONES, | ) | |
| Defendant. | ) | Date: August 15, 2013<br>Time: 2:00 p.m.<br>Court: Hon. Dale A. Drozd, United States Magistrate Judge |

This matter came before the Court on August 15, 2013, pursuant to 18 U.S.C. § 4241, for a hearing following receipt of a psychiatric report. Counsel for defendant and the government acknowledged prior receipt of a written psychiatric evaluation of defendant, dated June 26, 2013, prepared by Clinical Psychologist Roger Wiere, Ph.D. (hereafter referred to as "the Wiere Report").

A copy of the Wiere Report has been filed with the Court under seal along with a "Joint Statement of the Case" to protect Ms. Quiroz-Jones' privacy. The Wiere Report concludes that Defendant is competent to assist her attorney within the meaning of 18 U.S.C. §§ 4241(c) and 4247(d). However, the Wiere Report further concludes

1

that Ms. Quiroz-Jones suffers from specified mental defects.

Counsel for both parties submit the matter for a finding that Ms. Quiroz-Jones be adjudicated a mental defective within the meaning of 18 U.S.C. § 922(g)(4). The parties further request that Ms. Quiroz-Jones be advised that based on that finding she is prohibited from purchasing and lawfully possessing firearms pursuant to 18 U.S.C. § 922(g).

**ORDER**

The Court, having determined by a preponderance of the evidence that defendant is presently suffering from a mental disease or defect rendering her a "mental defective" within the meaning of 18 U.S.C. § 922(g)(4) hereby advises Defendant that she is in the future subject to the prohibition on purchasing and possessing firearms set out in 18 U.S.C. § 922(g)(4).

IT IS SO ORDERED.

DATED: August 15, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2