

FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   2:09-mj-0250 DAD
             Plaintiff,         )
                                )   GOVERNMENT MOTION TO DISMISS
        v.                      )
                                )
SANAE QUIROZ-JONES,             )
                                )
             Defendant.         )
_____)

     Plaintiff United States of America hereby moves, consistent with the Principles of Federal Prosecution, to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charges in the Criminal Complaint against defendant Sanae Quiroz-Jones.  Based on additional information provided to the government by defense counsel and filed under seal in support of the Court's finding that defendant is presently suffering from a mental disease or defect, the government believes that it is in the

/ / /
/ / /
/ / /

Government's Motion to Dismiss

interest of justice to dismiss the charges pending against defendant Sanae Quiroz-Jones.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: August 15, 2013         /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

Government's Motion to Dismiss    2

# O R D E R

Based on the government's motion, it is hereby ordered that the charges in the Criminal Complaint in this matter as to defendant Sanae Quiroz-Jones are dismissed without prejudice.

DATED: 8/15/13

*Dale A. Drozd*

HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE